UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD GRASSER,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | CASE NO. C14-0467-JLR-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 16.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall: (1) hold a de novo hearing and issue a new decision; (2) reevaluate the medical source statements, including the opinions of Drs. Dees, Edwards, McDuffee, and McRae;(3) reassess

plaintiff's residual functional capacity; (4) reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, if necessary; and (5) take any other actions necessary to develop the record. Also, plaintiff may submit additional evidence and arguments to the ALJ on remand, and may be entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

The Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 26th day of September, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2